UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YANCY DARNELL JOHNS JR,<br><br>　　　　　Defendant. | CASE NO. CR11-5550RBL<br><br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION |

THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, Matthew Thomas;

The defendant appears personally and represented by counsel, Jerome Kuh;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) the penalties should he be found in violation of his conditions of supervision.

The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following supervised release conditions as set forth below:

1. Failing to submit monthly supervision reports for November 2012, December 2012, January 2013, February 2013, and March 2013.

2. Failing to notify the probation officer within seventy-two hours of being questioned by law enforcement.

3. Failing to notify the probation officer ten days prior to changing residence.

The court accepted the defendant's admissions, found he violated the conditions of his supervised release, and scheduled a disposition hearing to be held at the time and date below set forth before Judge Ronald B. Leighton:

> *Date of hearing: May 10, 2013*
>
> *Time of hearing: 2:00pm*

The defendant is ordered detained for failing to show that he will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 16 day of April, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER RE: ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION - 2